DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS COUNTY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, EMERGENCY MANAGEMENT AGENCY; WILLIAM CRAIG FUGATE in his capacity as FEMA Administrator; and WILLIAM R. BLANTON, JR. in his capacity as Chief of FEMA's Engineering Management Branch,<br><br>　　　　Defendant. | Case No. 3:09-CV-00554-RCJ-RAM<br><br>**STIPULATION TO STAY PROCEEDINGS** |

COME NOW Plaintiff DOUGLAS COUNTY and Defendants U.S. DEPARTMENT OF HOMELAND SECURITY, FEDERAL EMERGENCY MANAGEMENT AGENCY ("FEMA"); WILLIAM CRAIG FUGATE in his capacity as FEMA Administrator; and WILLIAM R. BLANTON, JR. in his capacity as Chief of FEMA's Engineering Management Branch, and request that this action be stayed until 60 days after the Letter of Map Revision ("LOMR") process for Pinenut Wash in Douglas County has been completed.

This action challenges the scientific data on which FEMA relied to create a flood map for Douglas County in 2008. The LOMR process for Pinenut Wash will provide scientific data and other information that will assist the parties in evaluating the data that was used to create the

1 | Douglas County flood map. The data and information from the Pinenut Wash LOMR process
2 | will, in turn, allow the parties to meaningfully explore the possibility of settlement in this matter.
3 | The parties avow that this request is made in good faith and not for the purpose of delay.

Dated this 7th day of June, 2010.

DANIEL G. BOGDEN
United States Attorney

_____
JOE WARD, JR.
Chief Civil Deputy District Attorney
Douglas County

_____
HOLLY A. VANCE
Assistant United States Attorney

_____
NICHOLAS A. JACOBS, ESQ.
Somach, Simmons & Dunn

IT IS SO ORDERED:

DATED: _____

_____
ROBERT C. JONES
United States District Judge

2