DANIEL G. BOGDEN
United States Attorney

HOLLY A. VANCE
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DOUGLAS COUNTY, | ) | 3:09-CV-00544-RCJ-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, EMERGENCY MANAGEMENT AGENCY; WILLIAM CRAIG FUGATE in his capacity as FEMA Administrator; and WILLIAM R. BLANTON, JR. in his capacity as Chief of FEMA's Engineering Management Branch. | ) ) ) ) ) ) ) ) | **JOINT MOTION TO STAY CASE FOR 30 DAYS TO PROCESS SETTLEMENT PAPERWORK** |
| Defendants. | ) | |

COME NOW Plaintiff Douglas County, by and through its counsel Douglas V. Ritchie, and Defendants U.S. DEPARTMENT OF HOMELAND SECURITY, EMERGENCY MANAGEMENT AGENCY; WILLIAM CRAIG FUGATE in his capacity as FEMA Administrator; and WILLIAM R. BLANTON, JR. in his capacity as Chief of FEMA's Engineering Management Branch; by and through their counsel Holly A. Vance, and hereby jointly request that this case be stayed for 30 days to give the parties time to circulate, review and sign settlement paperwork.

The parties recently reached an agreement to settle this action. The parties anticipate circulating and reviewing settlement paperwork within the next two weeks. Once the settlement paperwork has been finalized and signed by the parties, the parties plan to file a stipulation to dismiss this case. The parties jointly request that this matter be stayed for 30 days to allow time to complete that process.

DATED this 9th day of August 2011.

MARK JACKSON
Douglas County District Attorney

/s/ Douglas V. Ritchie
DOUGLAS V. RITCHIE, ESQ.
Deputy District Attorney

DANIEL G. BOGDEN
United States Attorney

/s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

DATED: 10-27-2011

/s/ Robert C. Jones
ROBERT C. JONES
United States District Judge

2